**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-60047
Summary Calendar

SUE H. PATE

Plaintiff-Appellant

VERSUS

REGENCY SUBARU, INC.

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Mississippi
(3:95-CV-309-BN)
October 2, 1997

Before DUHÉ, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[1]

Appellant appeals the dismissal of her sex discrimination suit against her former employer. The district court dismissed the action under Rule 37 for numerous discovery abuses after repeated warnings and the imposition of lesser sanctions. Our review of the record and the parties' briefs convinces us that the district court

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has not abused its discretion.  Accordingly, essentially for the reasons stated by the district court in its Opinion and Order filed November 14, 1996, we AFFIRM.